FILED
2012 Nov-28 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| RALPH WAYNE THOMAS, | ] | |
| Movant, | ] | |
| vs. | ] | 2:92-cr-0082-JHH-RRA |
| THE UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the defendant's "Motion for Sentence Reduction, or, Alternatively, for Dismissal of Counts 2, 4, 6, and 8" be DENIED.  Objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.  Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The "Motion for Sentence Reduction, or, Alternatively, for Dismissal of Counts 2, 4, 6, and 8" is due to be DENIED.  An appropriate order will be entered.

**DONE** this the   28th   day of November, 2012.

_____
SENIOR UNITED STATES DISTRICT JUDGE