IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No: 2:92-CR-082-KOB-JHE |
| | ) | |
| RALPH W. THOMAS | ) | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, Alexandria Darby, Research & Writing Attorney for the Office of the Federal Public Defender of the Northern District of Alabama, and enters her notice on behalf of Defendant, Ralph W. Thomas, in the above-styled case.

This 20 th day of April, 2020.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/Alexandria Darby**
Alexandria Darby
Research & Writing Attorney
Office of the Federal Public Defender
Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, Alabama 35801
(256) 684-8700
Alex_Darby@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**/s/Alexandria Darby**