

**U.S. Department of Justice**

Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

---

*Office of the Warden*                                    *Springfield, Missouri 65807*


Thomas, Ralph
Reg. No.:  18369-001

RE:    Request for Reduction in Sentence

Dear Mr. Thomas,

You requested a reduction in sentence (RIS) based on your medical condition. This correspondence is to advise you that your request was reviewed pursuant to 18 U.S.C § 3582(c)(1)(A) and in accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>.

After a careful review of your request, including the factors listed in Section 7 of the Program Statement, your request has been denied. Although you meet the medical criteria for RIS consideration, you do not have an appropriate plan for release. You proposed you live with your nephew, David Thompson, in Foley, Alabama. However, Social Work staff contacted Mr. Thompson and he explained that he was not prepared to keep you in his home. As such, we are unable to fully assess the appropriateness of release pursuant to 18 U.S.C § 3582(c)(1)(A) and in accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>.

Therefore, your request for RIS is denied.   At such time that you and your family can demonstrate a viable plan for release exists, you may resubmit your request for RIS.

If you are not satisfied with this decision, you may exercise your appeal rights through the Administrative Remedy Procedure by contacting your unit counselor.

Sincerely,

M. D. Smith
Warden

Date:  8/2/19