UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
PROBATION OFFICE

November 5, 2020

ROBERT S. VANCE COURTHOUSE
AND FEDERAL BUILDING
1800 FIFTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203
COM. (205) 716-2900
FAX (205) 716-2970
HEADQUARTERS

REPLY TO:
U.S. PROBATION OFFICE
ROBERT S. VANCE COURTHOUSE
AND FEDERAL BUILDING
1800 FIFTH AVENUE NORTH, 2ND FLOOR
BIRMINGHAM, AL 35203
COM. (205)716-2900
FAX (205) 716-2970

**BOP Inmate Information**
Ralph Wayne Thomas
Docket No. 2:92-CR-82-KOB-JHE
(W/M – DOB: ▮▮▮▮▮▮ )

**Computation Record**
Statutory Release Date Projected: 06/25/2053
Two Thirds Date: 02/24/2040
Expiration Full Term Date: 12/24/2063
As of November 5, 2020, offender has served 28 years, 4 months, 14 days
Percentage of Full Term Served: 39.6
Percent of Statutory Term Served: 46.5

**Disciplinary Record**
12/24/1997: Refusing Work/Program Assignment
07/24/1997: Possessing a Dangerous Weapon
03/04/1994: Escape

**Education Record**
10/20/1992: Completed GED or HS Diploma

**Medical Record**
10/30/2020: COVID-19 Isolation/Symptoms; COVID-19 Test
05/28/2019 to Present: Medical Referral Center (MRC) Care Required
07/16/2010 to Present: CARE1 – Mental Health

Completed by:

Bradley H. White
Supervisory U.S. Probation Officer