

## U.S. Department of Justice
### Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden*

*Springfield, Missouri 65807*

Thomas, Ralph
Reg. No. 18369-001

RE:   Request for Reduction in Sentence

Dear Mr. Thomas,

You requested a reduction in sentence (RIS) based on your medical condition. This correspondence is to advise you that your request was reviewed pursuant to 18 U.S.C § 3582(c)(1)(A) and in accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>.

After a careful review of your request, including the factors listed in Section 7 of the Program Statement, your request has been denied. Although you likely meet the medical criteria for RIS consideration, you do not have an appropriate plan for release. The proposed release plan submitted by your attorney was denied by U.S. Probation. As such, we are denying your request due to an inappropriate release plan, pursuant to 18 U.S.C § 3582(c)(1)(A) and in accordance with Program Statement 5050.50, <u>Compassionate Release/Reduction in Sentence</u>. If you are able to develop a new release option you may resubmit your request for RIS.

If you are not satisfied with this decision, you may exercise your appeal rights through the Administrative Remedy Procedure by contacting your unit counselor.

Sincerely,

M. D. Smith
Warden

Date: 7/8/20