| | |
|---|---|
| **From:** | Jennifer Besse |
| **To:** | Alex Darby |
| **Subject:** | RE: Compassionate Release Request- Ralph Thomas |
| **Date:** | Monday, September 21, 2020 9:52:55 AM |

I will submit the new plan today.

**J.C. Besse, Unit Manager**
Federal Bureau of Prisons
USMCFP Springfield

   Ext.

>>> Alex Darby <Alex_Darby@fd.org> 9/18/2020 1:59 PM >>>
Ms. Besse,

Attached please find an amendment to Mr. Thomas's compassionate release plan that provides an alternate release plan. Can you please submit this to the warden and provide us with confirmation when you do. Please let me know if you need anything further.

Thank you,

Alex Darby
Research & Writing Attorney
Office of the Federal Public Defender for the Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, AL 35801
256-684-8700

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail.  Thank you for your cooperation.

**From:** Jennifer Besse
**To:** Alex Darby
**Subject:** RE: Compassionate Release Request- Ralph Thomas
**Date:** Monday, November 2, 2020 2:15:27 PM

I received an approval letter for Mr. Thomas' Supervised Release Plan from the Northern District of Alabama. Since he was already denied at the institution in July, we will have to go through the process again or he can file directly with the court. We are all quarantined here for precaution, so I will let him know through institutional mail system.

**J.C. Besse, Unit Manager**
Federal Bureau of Prisons
USMCFP Springfield

   Ext ▮

>>> Alex Darby <Alex_Darby@fd.org> 10/29/2020 12:00 PM >>>
Ms. Besse,

I wanted to check in on Mr. Thomas's case again. I heard that the Probation office here had signed off on the new release plan. Do you have any information on when we might learn more about the status of his request?

Thank you,

Alex Darby
Research & Writing Attorney
Office of the Federal Public Defender for the Northern District of Alabama
200 Clinton Avenue West, Suite 503
Huntsville, AL 35801
256-684-8700

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.