# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ] |
| | ] |
| **v.** | ]   **2:92-CR-82-KOB-JHE** |
| | ] |
| **RALPH W. THOMAS,** | ] |
| | ] |
| **Defendant.** | ] |

## ORDER

This matter comes before the court on Mr. Thomas's pro se motion for release from custody for medical reasons and the motion for compassionate release filed by the Office of the Federal Public Defender for the Northern District of Alabama. (Docs. 62, 67). The Government filed a response indicating that it did not oppose Mr. Thomas's request for compassionate release. (Doc. 71).

The court was prepared to grant Mr. Thomas's motion for compassionate release but prior to doing so, it learned that Mr. Thomas was hospitalized due to COVID-19. On November 17, 2020, the court learned that Mr. Thomas had been pronounced dead by local hospital staff in Springfield, Missouri. The court expresses its deepest condolences to Mr. Thomas's loved ones for their loss.

Due to the unfortunate turn of events, the court DENIES Mr. Thomas's motion for compassionate release as MOOT.

DONE and ORDERED this 24th day of November, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE